IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:17 CR 00100 NAB |
| ) | |
| COLLIN MCATEE, ) | |
| ) | |
| Defendant. ) | |

MOTION TO WITHDRAW

Comes now Paul J. D'Agrosa, counsel for Defendant Collin McAtee, and hereby seeks leave of Court to withdraw as attorney for Defendant. In support thereof, counsel states as follows:

1. Defendant is charged by way of Superseding Information with four misdemeanors. These offenses are related to violations of FDA regulations, for ingredients used to manufacture pet food.

2. Undersigned counsel was retained and had expected to represent Defendant through a change of plea and sentencing before this Court.

3. Counsel has accepted a position with the justice department and will be employed as an Assistant U.S. Attorney, in the Eastern District of Missouri.

4. This presents an unavoidable conflict and counsel must withdraw.

5. The government and the Defendant have been notified.

6. This matter is presently set on this Court's docket of February 12 for status. Defendant is currently seeking substitute counsel.

WHEREFORE, for the foregoing reasons, undersigned counsel seeks leave to

withdraw.

        Respectfully submitted,

        LAW OFFICES OF
        WOLFF & D'AGROSA

        /s/Paul J. D'Agrosa
        Paul J. D'Agrosa (#36966MO)
        7710 Carondelet, Suite 200
        Clayton, Mo. 63105
        (314) 725-8019
        (314) 725-8443 Fax
        Paul@wolffdagrosa.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2018 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: All attorneys of record.

        /s/ Paul J. D'Agrosa