# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

### Courtroom Minute Sheet – Criminal Case

Date: **5-17-18**   Judge: **BAKER**   Case No.: **17cr100**

UNITED STATES OF AMERICA v. **Collin McAtee**

Deputy Clerk Initials: **CLA**   Court Recorder: _____

Assistant United States Attorney: **C. Birmingham**

Attorney for Defendant: **J. Rogers**

Interpreter: _____   _____ SEALED PROCEEDING

**Proceedings:**
- ___ Initial Appearance
- ___ Initial Appearance Supervised Release
- ___ Rule 5(c)(3)Removal (Identity)
- ___ Detention Hearing
- ___ Preliminary Examination
- ___ Bond Execution/Appearance Bond
- ___ Bond Review
- ___ Arraignment
- ___ In Court Hearing (WAIVER OF MOTIONS)
- ___ Motion Hearing
- ___ Evidentiary Hearing
- ___ Oral Argument/Non Evidentiary Hearing
- ___ Preliminary Revocation
- ___ Supervised Release
- ___ Probation
- ✓ Change of Plea/Sentencing — **1st information**
- ___ Competency Hearing
- ___ Pretrial/Status Conference

Additional Information: **Sent. set 8-21-18 @ 9:30**

## Initial Appearance:
Bond set in the amount of: $ _____   Bond Type: _____

Preliminary Exam/Detention Hearing scheduled: _____ @ _____   Before: _____

Detention Hearing only scheduled: _____ @ _____   Before: _____

Arraignment Scheduled: _____ @ _____   Before: _____

## Preliminary Revocation Hearing:
Final Supervised Release or Probation Revocation Hearing Scheduled: _____   Before: _____

## Arraignment:
___ Defendant is sworn and arraigned

___ Waives reading of indictment/information

___ Not guilty plea entered.  Order on pretrial motions to issue.

___ Motion for Extension of Time to File Pretrial Motions (GRANTED). IT IS HEREBY ORDERED that the time granted to defendant to investigate and prepare pretrial motions or a waiver thereof is excluded from computation of the time for speedy trial.

All Pretrial Motions/ Waiver of Motions due no later than _____.

Evidentiary Hearing is set for: _____ @ _____   Before: _____

## Evidentiary Hearing:
___ Defendant waives evidentiary hearing. ** Case referral termed

___ By leave of court defendant withdraws all pretrial motions and waives evidentiary hearing. **Case referral termed.

___ Hearing held. Testimony heard.  Motions taken under submission.

**Trial Scheduled:** _____   Before: _____

___ Remanded to custody   ✓ Released on bond

Proceeding commenced **10:57**   Proceeding concluded **11:24**