August 29, 2018

The Honorable Nannette A. Baker

United States Chief Magistrate Judge

Eastern District of Missouri

111 South 10th Street

St. Louis, MO 63102

Re: U.S. v Collin McAtee

Dear Judge Baker:

My name is Karen Jacobsmeyer McAtee and I have been married to Collin for almost 16 years. We have two children. Natalie is 13 years old, in 8th grade, and a musical theatre buff who aspires to be a "triple threat" on Broadway. Luke is 10 years old, in 4th grade, and adores all sports but especially baseball. I am a former pharmaceutical sales rep turned stay-at-home mom after getting laid off in 2010. I have written this letter to you in my head at least a dozen times but struggle with the fact that it's extremely difficult to summarize my husband's character in a letter. In short, to know him is to love him.

Collin and I are active members of our Church community at St. Clare of Assisi in Ellisville. Last week, during the Pastor's sermon, he mentioned that God calls us to be patient, kind, generous (with our time, talent, and treasure), and forgiving. He continued to say that as we work on developing these traits in ourselves, we are ALSO called to demonstrate these characteristics for others and teach them to our children as they grow. It struck me that THOSE were the characteristics in my husband that I most admire.

Collin is patient. One of my favorite things to do in my "spare" time is watch Luke play baseball. Anyone who has watched youth sports or coached children knows the best coaches are patient. Coaching youth sports is not for the faint of heart! When Luke started playing baseball in kindergarten, Collin decided he would leave the coaching to someone else and would join me in the bleachers. A few games into the season, he'd watch the game from the fence. By late season he was "helping" in the dugout and the following year he was all-in as an official coach. Luke has a fun and talented team and they are exciting to watch but what really touches me is watching Collin interact with his players. Collin is ALWAYS calm and patient with the boys. He kneels to their eye level and takes the time to explain plays and errors kindly. He doesn't raise his voice (which is rare in competitive youth sports today!) and is the "go to" coach on the team to help the boys manage their own tempers and tears. He never fails to give a high

five or encouragement whether or not the game is going our way. It is truly a joy to watch him mentor the boys on sportsmanship and the value of being a part of a team.

Collin is kind. Being "kind" almost feels like a generic trait that is shared by so many people to some degree. Collin is kind while expecting nothing in return and his sincerity towards people does not discriminate. Collin has never met a stranger. He knows the names of the cashiers at the gas station and the servers at his favorite lunch spot. He introduces himself to the people sitting in our vicinity at Cardinals games and concerts. He's the guy that everyone wants to play golf with (and it's not because of his talent!). I have lived in St. Louis my entire life (versus Collin's 17 years) and he has more close friends than I could make in a lifetime. You do not need to ask him twice to help a friend move, fix up their house or carpool extra kids around. I've heard it said that you can tell how well a person has lived by how many people show up at their funeral. I have no doubt in my mind that many years from now (God willing), Collin's sendoff will be standing room only.

Collin is generous with his time, talent, and treasure. He has been a committee member for charity trivia nights and golf tournaments for Marygrove Children's Home and The Matthew and Andrew Akin Foundation. He is often the first to sign up to attend walks, performances, golf tournaments and special events for the varied charities we support such as JDRF, Ignite Theatre Company, Variety Children's Charity, and Kids in the Middle. He's volunteered to assemble "Cancer Support Binders" to donate to hospitals and cancer support groups. It seems there is always a charity event on our calendar and no charity is too big or too small to contribute to in some capacity. It's no surprise to me that Collin's many friends reach out to him when they have a special event they'd like to support because Collin ALWAYS shows up.

One example in our lives (but certainly not the only example) where Collin demonstrates all the characteristics our Pastor described in his sermon is this:

A little over two years ago, Collin's brother-in-law, Brian, passed away unexpectedly. His nephew, Blake, struggled after the death of his father and was at odds with his mother (Collin's sister, Lisa). Collin not only helped Blake financially but invited Blake to move from Indiana to our home so we could help him find his footing again. Collin continues to be a major source of emotional support for Blake. He helped Blake find a good job, kept him active with the church softball league, and acted like a big brother to him. The death of a beloved family member is difficult at best and when his nephew needed someone the most, Collin stepped in and stepped up without hesitation.

Of course, what character letter is complete without mentioning a few of the things that annoy me about my husband? He hates taking photos and grumbles when it's time to take our family Christmas card snapshot (but he does let me pick out his outfit). I sometimes wish his passion for cooking/yard work/cleaning floors would exceed his passion for golfing. It took years to teach him how to properly fold bath towels (my way or the highway!). In large groups his volume tends to increase as the volume in the room increases which often prompts a "we're standing right next to you so there's no need to be so loud" comment from his loving wife. There have been times in the 18 years that we've known each other that I've thought: "what in the world am I doing??" At the end of the day, I know in my heart that

I married a good man.  Collin is honest, loyal, loving and kind.  He works hard.  He teaches our children the values that God and society expect of them.  He's an excellent role model for our children and the children he coaches.  He's a devoted father, husband, and friend.  I love him very much.

I could write page upon page about my feelings for Collin and I still wouldn't make a dent in describing what a special person he is.  Judge Baker, I respectfully ask that you take my statements into consideration when deciding the outcome of this case.

Sincerely,

Karen Jacobsmeyer McAtee